The **BOSTON COMPANIES, L.L.C.,**
Plaintiff/Appellant,

v.

**PAR PARTNERSHIP, INC., d/b/a,
Outdoor Solutions, Defendant/Respondent.**

No. ED 85786.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 29, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 9, 2006.

Thomas E. Osterholt, Jr., St. Louis, MO, for appellant.

Gregory F. Herkert, St. Louis, MO, for respondent.

Before MARY K. HOFF, P.J., CLIFFORD H. AHRENS, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

The Boston Companies, L.L.C., ("landlord") appeals from the judgment of the trial court awarding it $6,740.82 in back rent, $2,550.00 in late fees, and $2,500.00 for attorney's fees on its cause of action for breach of contract by PAR Partnership,

Inc., d/b/a Outdoor Solutions ("landscaper").

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).